# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NANCY DAWSON,

       Plaintiff,

vs.

JOHNSON &JOHNSON, *et al.*,

       Defendants.

Case No. 2:13-cv-00090-JCM-CWH

**ORDER**

    This matter is before the Court on Defendants' Motion to Stay Pending Transfer to MDL No. 2327 (#13), filed January 25, 2013. Plaintiff does not oppose the motion. *See* Pl.'s Notice of Non-Opposition (#14), filed January 31, 2013. Given the non-opposition, the Court will grant the stay. *See* LR 7-2(d). Accordingly,

    **IT IS HEREBY ORDERED** that Defendants' Motion to Stay Pending Transfer to MDL No. 2327 (#13) is **granted**.

    **IT IS FURTHER ORDERED** that the parties shall submit a Joint Status Report on **Monday, April 1, 2013** regarding the status of this litigation and transfer to MDL No. 2327.

    DATED this 1st day of February, 2013.

                                            _____
                                            **C.W. Hoffman, Jr.**
                                            **United States Magistrate Judge**