**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NANCY DAWSON, ) | |
| Plaintiff, ) | Case No. 2:13-cv-00090-JCM-CWH |
| vs. ) | **ORDER** |
| JOHNSON &JOHNSON, *et al.*, ) | |
| Defendants. ) | |

  This matter is before the Court on Defendants' Motion to Stay Pending Transfer to MDL No. 2327 (#13), filed January 25, 2013. Plaintiff does not oppose the motion. *See* Pl.'s Notice of Non-Opposition (#14), filed January 31, 2013. Given the non-opposition, the Court will grant the stay. *See* LR 7-2(d). Accordingly,

  **IT IS HEREBY ORDERED** that Defendants' Motion to Stay Pending Transfer to MDL No. 2327 (#13) is **granted**.

  **IT IS FURTHER ORDERED** that the parties shall submit a Joint Status Report on **Monday, April 1, 2013** regarding the status of this litigation and transfer to MDL No. 2327.

  DATED this 1st day of February, 2013.

```
                                    _____
                                    C.W. Hoffman, Jr.
                                    United States Magistrate Judge
```